## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUBREY NOVAK | : | Civil Action NO. |
| | : | 3:14-cv-000153(AWT) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant. | : | |
| | : | MAY 12, 2014 |

### DEFENDANT'S MOTION TO DISMISS
### COUNT THREE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant, Yale University, hereby respectfully moves to dismiss Count Three of the Complaint. The plaintiff fails to state a claim for intentional infliction of emotional distress ("IIED") that is plausible on its face. Accordingly, the plaintiff's IIED claim should be dismissed.

The defendant respectfully submits its Memorandum of Law in Support of the Defendant's Motion to Dismiss Count Three, filed herewith, in support of this Motion.

THE DEFENDANT

BY: _____
Kevin C. Shea (ct13781)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT  06511
Tele:  203/787-1183
Fax:  203/787-2847
office@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 12th day of May 2014.

_____
CLENDENEN & SHEA, LLC