**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-----------------------------x
                             :
AUBREY NOVAK                 :      Civ. No. 3:14CV00153(AWT)
                             :
v.                           :
                             :
YALE UNIVERSITY              :      September 17, 2015
                             :
-----------------------------x
```

## ORDER TO SHOW CAUSE

On September 9, 2015, Judge Alvin P. Thompson referred this case to the undersigned for a status conference and further ordered that plaintiff Aubrey Novak ("plaintiff"), her counsel, and counsel for defendant Yale University ("defendant") appear for this conference. [Doc. #36].

On September 9, 2015, the Court issued a calendar scheduling an in-person status conference in this matter for September 21, 2015, at 10:00 AM. [Doc. #37]. Simultaneously with the issuance of this calendar, the Court entered an Order requiring plaintiff, her counsel, and counsel for defendant to attend the September 21 conference. [Doc. #38]. The Court further ordered that "Plaintiff's counsel will provide a copy of the [] calendar and this Order to Ms. Novack [sic] forthwith and file a notice of compliance with this directive no later than the close of business September 14, 2015." Id. Counsel for plaintiff has failed to comply with this Order.

1

The Court therefore orders that counsel for plaintiff show cause why the Court should not impose sanctions for the failure to comply with the Court's order. <u>See</u> Fed. R. Civ. P. 16(f)(1)(C). <u>Counsel for plaintiff shall file a response to this Order no later than the close of business on September 18, 2015. Additionally, counsel for plaintiff shall (1) ensure that Ms. Novak has notice of the September 21, 2015, in-person status conference and her required attendance, and (2) shall forthwith file a notice with the Court that he has complied with this directive</u>.

SO ORDERED at New Haven, Connecticut this 17th day of September 2015.

/s/
HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

2