UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUBREY NOVAK<br><br>Plaintiff,<br>v.<br><br>YALE UNIVERSITY<br><br>Defendant. | Civil Action NO.<br>3:14-cv-000153(AWT)<br><br><br><br><br><br><br>SEPTEMBER 18, 2015 |

**AFFIDAVIT OF KEVIN C. SHEA IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS**

Kevin C. Shea, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen (18) years and I believe in the obligations of an oath.

2. I represent the defendant in the above-captioned lawsuit and file this affidavit pursuant to L. Civ. R. 37 and Fed. R. Civ. P. 37.

3. I certify that I have in good faith conferred with the plaintiff's counsel since the plaintiff's discovery requests were originally due and owing in a continuous effort to resolve the plaintiff's noncompliance with discovery without court action.

4. Nevertheless, the defendant still has not received *any* responses to its discovery requests served on May 20, 2015 (nor objections to the same),

despite that this Court ordered the plaintiff to respond to the discovery requests by September 17, 2015 after several extensions.

Dated this 18th day of September 2015 at New Haven, Connecticut.

Kevin C. Shea

STATE OF CONNECTICUT ) September 18, 2015

COUNTY OF NEW HAVEN )

On this 18th day of September 2015 personally appeared Kevin C. Shea, Signer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me.

[✓]NOTARY PUBLIC
[ ]COMMISSIONER OF THE SUPERIOR COURT

My Commission Expires Aug. 31, 2019

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 18th day of September 2015.

______________________________
CLENDENEN & SHEA, LLC