Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam, USMJ

DEPUTY CLERK Breigh Freberg          RPTR/ECRO/TAPE FTR

TOTAL TIME: _____ hours 46 _____ minutes

DATE: 11/19/2015          START TIME: 3:35pm          END TIME: 4:21pm

LUNCH RECESS          FROM: _____ TO: _____

RECESS (if more than ½ hr)     FROM: _____ TO: _____

CIVIL NO. 14cv153 (AWT)

Novak                                                    William Palmieri

_____          _____
                                                          Plaintiff's Counsel

                    vs

Yale University                                     Kevin Shea; Pamela LaBlanc

_____          _____
                                                          Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Evidentiary Hearing
- [✓] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

- [✓] .....# 42 Motion for Sanctions          [ ] granted [ ] denied [✓] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .....#____ Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] ..... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] .... Oral Motion_____          [ ] granted [ ] denied [ ] advisement
- [ ] ..... [ ] Briefs(s) due _____ [ ] Proposed Findings due_____ Response due_____
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ _____          [ ] filed [ ] docketed
- [ ] ............ Hearing continued until _____ at _____

Notes: