UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUBREY NOVAK | : Civil Action NO. |
| | : 3:14-cv-000153(AWT) |
| Plaintiff, | : |
| v. | : |
| | : |
| YALE UNIVERSITY | : |
| | : |
| | : |
| Defendant. | : |
| | : NOVEMBER 24, 2015 |

**MOTION FOR RECONSIDERATION**

The defendant, Yale University, hereby moves pursuant to Local Rule of Civil Procedure 7(c) for this Court to reconsider its Ruling on Defendant's Motion for Sanctions (Doc. No. 62), dated November 20, 2015.  As demonstrated in the accompanying memorandum of law, the Court (*Merriam, J.*) appears to have overlooked both controlling law and facts that would have altered its conclusion.  Accordingly, the decision should be reconsidered.

THE DEFENDANT

BY: /s/ Pamela A. LeBlanc
Kevin C. Shea (ct04261)
Pamela A. LeBlanc (ct29723)
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, CT  06511
Tel: 203/787-1183
Fax: 203/787-2847
office@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing was filed electronically on the 24th day of November 2015. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
CLENDENEN & SHEA, LLC