UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AUBREY NOVAK								NO. 3:14-cv-000153(AWT)(SALM)

       PLAINTIFF,

  VS.

YALE UNIVERSITY,

       DEFENDANT						JANUARY 22. 2016

**<u>CONSENT MOTION TO EXTEND SETTLEMENT DEADLINE</u>**

    The plaintiff, Aubrey Novak, by and through the undersigned, hereby respectfully moves this Honorable Court for an extension until Friday, January 29, 2016 to reach a resolution regarding settlement and, if such resolution is reached, to formalize the settlement agreement. The present Motion is made with the full consent of the defendant.

    The parties have engaged in lengthy and productive settlement discussions in good faith, and as a result, are very close to reaching final agreement on the settlement terms.  There remain several outstanding issues and, in conjunction with scheduling conflicts, the parties were unable to resolve these issues within the previously requested thirty days.  The parties believe these issues will be able to be favorably resolved in the next week.

    For the reasons stated herein, the parties respectfully move for an extension until Friday, January 29, 2016 to reach a resolution regarding settlement and, if such resolution is reached, to formalize the settlement agreement.

The parties will report back to the Court no later than Friday, January 29, 2016 regarding whether a settlement has been formalized.

        THE PLAINTIFF

        BY   /S/_____

        FELICE M. DUFFY
        DUFFY LAW LLC
        Federal Bar. No. ct21379
        770 Chapel Street, Suite 4-F
        New Haven, CT 06510
        Phone: 203-946-2000
        Fax: 203-907-1383
        Email: felice@duffylawct.com

        **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

          /S/_____
        FELICE M. DUFFY