UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____      :
                                        :
AUBREY NOVAK                            :   NO. 3:14-cv-000153(AWT)
             Plaintiff,                 :
    v.                                  :
                                        :
YALE UNIVERSITY                         :
             Defendant.                 :
_____      :   JANUARY 29, 2016

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to the plaintiff's voluntary dismissal of the above-captioned case, with prejudice, and without costs to either party.

| THE PLAINTIFF, | THE DEFENDANTS |
|---|---|
| BY: /S/William S. Palmieri_____ | BY: /s/Kevin C. Shea_____ |
| WILLIAM S. PALMIERI | Kevin C. Shea |
| Law Offices of | Clendenen & Shea, LLC |
| William S. Palmieri, LLC | 400 Orange Street |
| 129 Church Street, Ste. 405 | New Haven, CT  06511 |
| New Haven, CT  06510 | 203-787-1183 |
| (203) 562-3100 | Fax: 203-787-2847 |
| (203) 909-6006 | e-mail: kcs@clenlaw.com |
| wpalmieri@hotmail.com | Federal Bar No.: ct13781 |
| Federal Bar No.: ct14361 | |

BY: /s/Felice M. Duffy_____
    Felice. M. Duffy
    Duffy Law, LLC
    770 Chapel Street, Suite 4-F
    New Haven, CT  06510
    (203) 946-2000
    Fax: (203) 907-1383
    Email: felice@duffylawct.com
    Federal Bar No.: ct21379

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 29th day of January 2016.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


WILLIAM S. PALMIERI